FILED

JUL 18 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:22-CT-3239-M

(To be filled out by Clerk's Office only)

Steven Nicolas Taylor

Inmate Number 1258724

*(In the space above enter the full name(s) of the plaintiff(s).)*

# COMPLAINT

(*Pro Se* Prisoner)

-against-

"Department of Public Safety", Maury CI LT. Christopher Martin, Unit Manager Joyner, Unit Manager Shirman, Unit manager Barnes, C/o Johnson, Sergent Shirley, C/o Ghere

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Page 1 of 10

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑   42 U.S.C. § 1983 (state, county, or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.   PLAINTIFF INFORMATION

Steven Nicolas Taylor
Name

1258724
Prisoner ID #

Maury Correction Institution
Place of Detention

2568 Moore House Road
Institutional Address

Hookerton,  NORTH CAROLINA         28538-7276
City                    State                    Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☑ State      ☐ Federal
☐   Civilly committed detainee
☐   Immigration detainee
☑   Convicted and sentenced state prisoner
☐   Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Department of Public Safety
Name

Current Job Title

Current Work Address

City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: Christopher Martin
Name

Lieutenant
Current Job Title

2568 moore House Rd.
Current Work Address

Hookerton , North Carolina 28538-7276
City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3: Unit Manager Shirman
Name

Unit Manager "Blue Unit"
Current Job Title

2568 moore House Road
Current Work Address

Hookerton        North Carolina    28538-7276
City              State             Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: Unit Manager Barnes
Name

Unit Manager
Current Job Title

2568 moore House Road
Current Work Address

Hookerton        North Carolina    28538-7276
City              State             Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Case 5:22-ct-03239-M     Document 1     Filed 07/18/22     Page 4 of 10

V. STATEMENT OF CLAIM

Place(s) of occurrence: Maury CI#4875, Lower Bed Unit, Pod B, Cell#19 "Hall Way" medical to N-F-4

Date(s) of occurrence: April 4th 2022

State which of your federal constitutional or federal statutory rights have been violated:

Eighth Adamendment, Human Rights, Fourth Amendment Deliberate indifference, Liability For Force, Excessive Force, Assault

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: "SHORT VERSION"

ON 4-4-22 at approximatly 1:30pm-4:00pm LT. Martin and Unit Manager Joyner told me they was moving me to Another Unit And I told them I was Not moving with LT. Martin Because I had A Current Grievance on Him For Excessive Force, So they told me If I Aint move they was gonna whoop my Ass And I would Regret it, So they Set up A Cell extraition Team, which Requires Per Policy to Have All took on Camera, And Camera Fostage is to be Kept 3-5 years, Per Policy. Unit Manager Joyner, Unit Manager Barnes, Unit Manager Shirman, C/o Johnson, C/o Howell Comes in my door while Im Seated on Bed C/o Johnson Puts Sheild on top of me tells me to Roll over, when I do Roll over They Start Punching me, And choking me, And then I Pass out And wake up to Shirman Punching me in Face Calling me A "Cracker," All on Camera, And then they take me to medical And Set me in Chair And Unit Manager Shirman on my left And Unit Manager Barnes on my Right And they took turns punching me in Face. Then All while Unit Manager Joyner, C/o Howell, C/o Ghere, C/o Johnson And Nurse watched. Then Sergent Shirley Comes in And puts Face mask on my Face And takes Pictures, Then they drag me to Grey Unit F-4 And throw me in Room in Full Restraints, And then Around 5:00pm

Who did what to you?

C/o Ghere Records with Cell extraition Video 2

Sergent Shirley Pope door Comes in And Punchs me in Face while C/o Brown An C/o Harrison Sets Back Covers door. Takes me out Restraint 6:00pm 2nd Shift

**What happened to you?**

I Was choked out until I passed out, Punched Back Awake All on Camera, Turtured, Cruel unusual punishment I was Beat, And Recieved NO medical Care.

I Was Beat in A Chair inside medical Punched Repeatably, then while Bleeding from mauth And Nose Sergent Shirley Comes in with Face Mask and puts on my Face. Recieved NO Medical Attention.

**When did it happen to you?**

It Happened during A cell extraiton on April 4th 2022 at approximatly 1:30pm - 4:00 pm, then in medical Right After Cell extration on lower Red they Beat me, And then at 5:00 pm Sergent Comes in my Room And punchs me in Face

**Where did it happen to you?**

It Happen on Lower Red Unit, Pod B, Cell #19 And moved me to @ lower Red Unit medical, And then to Grey Unit F pod cell 4..

But on my Grievance Response theyre trying to Say I was in lower Red B#13, which was Not me I was in #19, But they done A cell extration on #13 Same day And they trying Act like it was me Because it was A white dude Also, And they know Per Policy they was Suppose to keep MY Camera Footage And they wrote in Step 1 Response I Rolled over And Complied, No Use of Force was used, But during Cell Extration video theyre Yelling Stop Resisting, They Are trying to Cover there tracks.

"Left Eye"

**What was your injury?**

I had Nots in my head, Black EYE, Blur Vision, Nurve Damage Still in my left wrist, Bruising my left eAr, Bruises on my left Arm Cronic Back Pain,

I'm Still in PAIN.

I went on Suicide watch to be Put on cAmera Because they licing. 4/5/22 At 7:00 pm

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☑ Yes    ☐ No

If no, explain why not:

Is the grievance process completed?    ☑ Yes    ☐ No

If no, explain why not:

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

To look into this case And appoint me A lawyer to take the correct pursedures to obtain my motion Of Descover And to See How Corrupt this prison is And to See that I deserve Compensatory damages for the PAIN, Turture, And Suffering Im Still going through.. And to put in A order to Have me shipped from this camp for my Safety.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

NONE

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_____
Dated

_____
Plaintiff's Signature

Steven Taylor
Printed Name

1258724
Prison Identification #

2568 moore house Rd, Hookerton  Nc  28538-7276
Prison Address        City              State    Zip Code